IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SCOTT MICHAEL BROWN,

     Appellant,

                                    Case No.  5D22-722
 v.                                LT Case No. 2020-CF-010650-AO

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed September 13, 2022

Appeal from the Circuit Court
for Orange County,
Bob Leblanc, Judge.

Matthew J. Metz, Public Defender,
and Steven N. Gosney, Assistant
Public Defender, Daytona Beach,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

COHEN, SASSO and NARDELLA, JJ., concur.